ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ROBERT M. MODEER and
EMILY W MODEER,

Plaintiffs,

vs. Case No: 03-2783C

UNITED STATES OF AMERICA,

Defendant.

## COMPLAINT

COME NOW the plaintiffs, Robert M. Modeer and Emily W. Modeer, and for their cause of action against the defendant, allege and state as follows:

1. Plaintiffs are residents of the state of Missouri, currently residing at 4200 NW Claymont Drive, Kansas City, Missouri. Defendant is the United States of America. Jurisdiction exists by virtue of 41 U.S.C. §609.

2. Plaintiffs and defendant were parties to a lease covering the premises at 25 Funston Road, Kansas City, Kansas (Lease No. 06P-68579). The last amendment to said lease is attached hereto as Exhibit "A."

3. The occupant of the leased premises was the Environmental Protection Agency, Environmental Services Division.

4. At the leased premises the occupant tested and stored hazardous materials which, if not property handled and disposed of, could cause injury or death to persons and damage to property.

5. A provision of the lease attached as Exhibit "B" provides that all clean up of hazardous materials required by the State of Kansas will be done by the occupant prior to termination of the lease.

6. All required cleanup was not completed until November 4, 2003. A copy of the letter relating to such clean up of hazardous materials is attached hereto as Exhibit "C."

7. Rent pursuant to the lease was paid through June 30, 2003.

8. As a holdover tenant for the period July 10, 2003, through November of 2003, rent has accrued at the rate of $66,125.75 per month for five months for a total unpaid monthly rent of $330,628.75.

9. Additionally, plaintiffs have provided utility services to the leased premises during such holdover period in the amount of $4,021.69.

10. As required by §41 *et seq* of the United States Code, plaintiffs filed a claim for the holdover rent on August 7, 2004. A copy of said claim is attached hereto as Exhibit "D."

11. Pursuant to 41 U.S.C. §605, the contract officer, Dennis Clemons, was required by law within sixty (60) days to either issue a written decision or state a time such decision would be issued.

12. Although requested to do so, the contract officer has refused to comply with 41 U.S.C. §605.

13. Pursuant to 41 U.S.C. §611 a prevailing unpaid claimant is entitled to interest from the date of claim until the date of payments.

WHEREFORE, plaintiffs pray that judgment be entered against defendant in the amount of holdover rent of $330,628.75, plus utilities of $4,021.69, interest provided by law, the costs of this action, and such other and further relief as the Court may deem just and necessary.

Nov 26, 2003
DATED

HOLBROOK & OSBORN, P.A.

BY: ______________________

REID F. HOLBROOK MO#40380
LAWRENCE J. LOGBACK MO#46552
757 Armstrong Avenue, P O Box 171927
Kansas City, Kansas 66117-0927
(913) 342-2500
(913) 342-0603 (Fax)

BY: ______________________

ROBERT M. MODEER MO#19907
4200 Northwest Claymont Drive
Kansas City, Missouri 64116
(816) 453-3182
(816) 453-0545 (Fax)

ATTORNEYS FOR PLAINTIFFS

# SUPPLEMENTAL LEASE AGREEMENT

| TO LEASE NO. | PAGE |
|---|---|
| GS-06P-68579 | 1 OF 1 |

ADDRESS OF PREMISES

25 Funston Road, Kansas City, KS 66115-1303

**THIS AGREEMENT**, made and entered into this day by and between ROBERT M. MODEER AND EMILY W. MODEER, HUSBAND AND WIFE

whose address is 4200 NW CLAYMOUNT DRIVE
KANSAS CITY, MO 64116

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

**WHEREAS**, the parties hereto desire to amend the above lease.

**NOW THEREFORE**, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective July 10, 2002, as follows:

1. The Lease term is hereby extended for 1 year, retroactive to July 10, 2002, and continuing through July 9, 2003, inclusive.

2. The Government agrees to pay the annual rent of $793,509.00 ($18.99 per rentable square foot) at the rate of $66,125.75 per month in arrears.

All other terms and conditions of the lease shall remain in force and effect.

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR
ROBERT M. MODEER AND EMILY W. MODEER, HUSBAND AND WIFE

BY Robert M. Modeer Emily Modeer (Signature) owner (Title)

IN PRESENCE OF

(Signature) 4200 NW Claymount Drive KC Mo 64116 (Address)

UNITED STATES OF AMERICA

BY [signature] (Signature) Contracting Officer, General Services Administration (Official Title)

14. Base for Tax Adjustment

For purposes of implementation of Paragraph 22, Tax Adjustment, page 6 of 26, the Government occupies 100% of the leased facility. The base year for tax escalation is 1987.

15. Base for Operating Costs Adjustment

For purposes of implementing of Paragraph 23, Operating Costs, page 7 of 26, the base for adjustment is $40,306.

16. Occupancy under Prior Lease

Both parties to this lease take cognizance that the Government has occupied that facility demised by this lease under prior lease GS-06B-12797. Except for those leasehold improvements provided for in paragraph 9 above, the space is offered by the Lessor and accepted by the Government in an "as is" condition, as it pertains to amount and location of partitioning, doors, electrical outlets, and telephone outlets.

17. The lessor agrees that any and all fixtures, additions, structures, or signs placed by the Government in or upon the demised premises during any occupancy thereof under a former lease or leases may be removed by the Government at any time during the tenancy hereby created in accordance with the provisions of the lease under which they were made or installed.

18. Upon termination of this lease, or any extensions hereof, the Government will comply in all respects with the Resource Conservation and Recovery Act 42 USC Section 6922(b)and 42 USC Section 6924(u), as amended by the Hazardous and Solid Waste Amendments (HSWA)and with the closure plan as set forth in the State of Kansas, Department of Health and Environment Hazardous Waste Permit No. KS7680090001 to the extent applicable to the Government. All cleanup and removal operation as required above, for which the Government is responsible, shall be accomplished at no cost to Lessor not later than the termination date of this lease and any extensions hereof.

Incorporated herein by reference are all provisions of Kansas Department of Health and Environment hazardous waste permit KS7680090001, issued to the leased premises and of public record pursuant to Kansas Statutes Annotated 65-3430 et. seq.



INITIALS

| Gov't | Lessor |
| --- | --- |
| | |

LEASE NO. GS-06P- 68579

K A N S A S

RODERICK L. BREMBY, SECRETARY

KATHLEEN SEBELIUS, GOVERNOR

DEPARTMENT OF HEALTH AND ENVIRONMENT

November 4, 2003

Leo Alderman
Director
Water, Wetlands & Pesticides Division
US EPA Region VII
25 Funston Road
Kansas City, Kansas 66115

Subject: Hazardous Waste Storage Facility - RCRA Closure Report
US EPA Region VII Laboratory, 25 Funston Road, Kansas City, Kansas
EPA ID# KS7680090001

Dear Mr. Alderman:

The Kansas Department of Health and Environment (KDHE) has received and reviewed the Closure Certification Report dated October 10, 2003 for the above referenced facility. The following storage areas were included in the closure certification: Waste Solvent Storage Area (Area A), Non-ignitable Solid Hazardous Waste Storage Area (Area B), Waste Corrosive Storage Area (Area C), Fenced Storage Area (Area D), and Contingent Hazardous Waste Storage Area (Area E). This report was prepared in accordance with 40 CFR 264 Subpart G. Our review indicates that closure of the units were completed in accordance with the approved closure plan.

Closure certifications were submitted by John T. Cook, Professional Engineer, Registered in Kansas, Registration No. 14260 and US EPA Region VII (Operator). Closure certifications met the requirements of 40 CFR 264.115. Based on the above, we believe that the facility has met the requirements of clean closure. Also, It is our understanding that the above referenced facility met the corrective action requirements of Part II (HSWA) portion of the permit administered by US EPA Region VII.

Mr. Leo Alderman
Nobember 4
Page 2

Should you have any questions, please call me at (785) 296-1610. Questions regarding the corrective action portion (Part II) of the permit should be directed to Andrea Stone of US EPA Region VII ARTD/RCAP at (913) 551-7662. We appreciate your continued cooperation with KDHE.

Sincerely,

Akhter Hossain, PE
Environmental Engineer
Hazardous Waste Operating Facilities Unit

cc: Bill Bider - KDHE/BWM
Julie Coleman - DEA/NEDO/Waste Program
Robert & Emily Modeer - Legal Owner
John Smith - EPA Region VII - ARTD/RCAP
Dale Bates - EPA Region VII - Laboratory
Andrea R. Stone - EPA Region VII - ARTD/RCAP

4200 Northwest Claymont Drive
Kansas City, Missouri 64116

August 7, 2003

Dennis Clemons
Contracting Officer
Western Leasing Service
GSA
1500 East Bannister Road
Kansas City, Missouri 64131-3088

*Re: Lease GS 06P 68579*
*25 Funston Road*

Dear Mr. Clemons:

I have reviewed the materials you faxed to me on August 6, 2003, regarding your assertion that no rent accrues for the period July 1, 2003 through July 9, 2003. I disagree for the following reasons:

1. SLA #19 dated April 12, 1997 reads: "extend the current lease term from July 10, 1997 to and including July 9, 2002. . . ." This is the lease term which can be terminated after July 10, 2000, by giving 180 days notice. It has no application to the subsequent execution of SLA 21.

2. SLA 21 dated September 13, 2002 calls for a firm term "continuing through July 9, 2003, inclusive." SLA 21 specifically changes the term of SLA 19. 2003 correct

3. There was never during our negotiations any mention or hint that GSA intended the SLA 21 language to be interpreted as a period less than July 9, 2002 at the election of GSA. As you well know, I would never have agreed to do so.

In reviewing the lease after your fax, I found that the lease dated March 13, 1987, in paragraph 18, provides that all clean up required by the State of Kansas will be done by the Government prior to termination of the lease, including extensions. As of today, clean up is not complete according to KDHE. Until such time as KDHE certifies that the Government has completed clean up, the Government is a holdover tenant with rent accruing at the pro rata rate of $793,509 per year until clean up is complete. I cannot sell or lease a hazardous materials site until clean up is certified to be complete.

Pursuant to 31 U.S.C. §1801, interest is accruing on past-due amounts. Pursuant to 41 U.S.C. §601-613, I certify that the amount is claimed in good faith and that all supporting documents are in possession of the Government. Further, I certify that the above sum is what the Government is liable for.

Very truly yours,

Robert Modeer