# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Robert M. Modeer and Emily W. Modeer

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Reid F. Holbrook/Lawrence J. Logback

Firm Name: Holbrook & Osborn, P.A.

Post Office Box: P O Box 171927

Street Address: 757 Armstrong Avenue

City-State-Zip: Kansas City, KS 66117

Telephone & Facsimile Numbers: 913-342-2500 913-342-0603 (Fax)

E-mail address: RHolbrook@HolbrookOsborn.com
LLogback@HolbrookOsborn.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 4

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: G S A

See attached Sheet for three digit code.

Amount Claimed: $ 334,650.44 plus interest and costs

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003