# In the United States Court of Federal Claims

No. 03-2783 C

(Filed February 10, 2004)

* * * * * * * * * * * * * * * * * * * * * *
ROBERT M. MODEER and *
EMILY W. MODEER, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On February 3, 2004, the Clerk's office received Defendant's Unopposed Motion for Enlargement of Time of thirty-days, to and including March 4, 2004, within which to file its answer to plaintiffs' complaint. The Clerk's office stated the submission was defective for several reasons: (1) defendant's attorney has not filed a Notice of Appearance; (2) the motion has the wrong case number (03-2714 C, should be 03-2783 C); (3) the wrong Judge's name is on the motion (Judge Williams, should be Judge Bush); and (4) on December 5, 2004, the subject matter was designated as an *electronic* case in the court's case management/electronic case filing (CM/ECF) system. When a case is designated as an *electronic* case *all* documents are to be filed *electronically*, unless leave of the court is granted to file otherwise. The matter was referred for a ruling.

Accordingly, it is hereby **ORDERED** that the Clerk's office is shall **RETURN** defendant's motion to defendant, **UNFILED**, for the above stated reasons and counsel for defendant is **DIRECTED** to **COMPLY** with the court's provisions on filing in an CM/ECF case, pursuant to General Order No. 4 of the court's rules.

s/Lynn J. Bush
LYNN J. BUSH
Judge