**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT M. MODEER and EMILY W. MODEER,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **No. 03-2714C (Judge Bush)** |
| **THE UNITED STATES,** | ) | |
| **Respondent.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims the defendant, United States, respectfully requests that the Court enlarge by thirty days, from February 3, 2004, to and including March 4, 2004, the due-date for its response to the plaintiff's complaint. This is the Government's first such request. Plaintiffs do not oppose this motion.

The Department of Justice, upon receipt of plaintiff's complaint, immediately forwarded the complaint to the Environmental Protection Agency ("EPA") with a request that agency counsel contact the Department of Justice and prepare a litigation report. 28 U.S.C. § 520. Approximately two weeks ago, the letter to the EPA was returned to the Department of Justice. The Government's counsel, Mr. James D. Colt, immediately resent the letter. In the time since then, EPA has still not provided the Department of Justice the information it needs to formulate a response. However, the defendant expects that it will have a response ready by March 4, 2004.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by thirty days, from February 3, 2004 to and including March 4, 2004, the due date for the defendant's response.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-7300

Attorneys for Defendant
February 13, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2004, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt