**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT M. MODEER and EMILY W. MODEER,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **No. 03-2783C** |
| | ) | **(Judge Bush)** |
| **THE UNITED STATES,** | ) | |
| **Respondent.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims the defendant, United States, respectfully requests that the Court enlarge by ten days, from March 4, 2004, to and including March 16, 2004, the due-date for its response to the plaintiff's complaint. This is the Government's second such request. Plaintiffs do not oppose this motion.

The Department of Justice and General Services Administration have been preparing a response to plaintiff's complaint. After discussing various questions about facts asserted in the complaint, plaintiffs' attorney suggested that the Government seek an enlargement of ten days to assess any remaining disputes between the parties. Both plaintiffs and the Government agree that ten more days will allow a more accurate and productive response to be formulated. The Government expects that it will be able to file its response by March 16, 2004.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by ten days, from March 4, 2004 to and including March 16, 2004, the due date for the defendant's response.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-7300

Attorneys for Defendant
March 3, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March, 2004, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt