# In the United States Court of Federal Claims

No. 03-2783 C

(Filed March 8, 2004)

* * * * * * * * * * * * * * * * * * * * *
ROBERT M. MODEER and *
EMILY W. MODEER, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On March 3, 2004, defendant filed an Unopposed Motion for Enlargement of Time of ten days, to and including March 16, 2004, within which to respond to plaintiffs' complaint. On this same day, the Clerk's office issued a Deficiency Memorandum on the defendant's filing which stated that defendant's motion, filed on February 13, 2004, was still pending before the court. Defendant's February 13, 2004 motion was for an enlargement of time of thirty days, from February 3, 2004, to and including March 4, 2004, within which to file its response to plaintiffs' complaint. It is noted that the February 13, 2004 motion had the wrong case number (03-2714 C which should have been 03-2783 C). When the Clerk's office processed the February 13, 2004 motion, it failed to forward a notification of the motion to chambers. Therefore, chambers of the undersigned received defendant's February 13, 2004 and March 3, 2004 motions on March 3, 2004.

Accordingly, it is hereby **ORDERED** that defendant's February 13, 2004 and March 3, 2004 motions are **GRANTED** and defendant's response to plaintiffs' complaint shall be **FILED** on or before **March 16, 2004**.

s/Lynn J. Bush
LYNN J. BUSH
Judge