# In the United States Court of Federal Claims

No. 03-2783 C

(Filed March 19, 2004)

* * * * * * * * * * * * * * * * * * * * *
ROBERT M. MODEER and *
EMILY W. MODEER, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On March 16, 2004, defendant filed an Unopposed Motion for Enlargement of Time of forty-five days, to and including Saturday, May 1, 2004, within which to respond to plaintiffs' complaint. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED** and defendant shall **FILE** its **answer** on or before Monday, **May 3, 2004**.

s/Lynn J. Bush
LYNN J. BUSH
Judge