**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT M. MODEER and EMILY W. MODEER,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 03-2783C** |
| | ) | **(Judge Bush)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, the defendant, United States, respectfully requests that the Court enlarge by 30 days, from May 3, 2004, to and including June 2, 2004, the deadline for its response to the plaintiffs' complaint. This is the Government's fourth such request. On May 3, Government counsel left a message for plaintiffs' attorney, Mr. Lawrence J. Logback, to ask if plaintiffs opposed such an enlargement. By the end of the day, plaintiffs' counsel had not responded.

The Department of Justice and General Services Administration have been preparing a response to plaintiff's complaint. All parties to this case agreed to prior enlargements to explore the possibility of an amicable resolution of this dispute. In addition, the gathering of the information required for a response has been complicated by the involvement of a second Government agency, the Environmental Protection Agency. The Government does expect that it will be able to file its response by June 2, 2004.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 30 days, from May 3, 2004 to and including June 2, 2004, the deadline for the defendant's response.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-7300

May 3, 2004

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May, 2004, a copy of the foregoing DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt