# In the United States Court of Federal Claims

No. 03-2783 C

(Filed May 6, 2004)

* * * * * * * * * * * * * * * * * * * * * *
ROBERT M. MODEER and *
EMILY W. MODEER, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On May 3, 2004, defendant filed a Motion for Enlargement of Time of thirty days, to and including June 2, 2004, within which to respond to plaintiffs' complaint. Defendant's counsel telephoned plaintiffs' counsel to inquire as to plaintiffs' position on the subject motion, but was unsuccessful in reaching plaintiffs' counsel. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge