**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT M. MODEER and EMILY W. MODEER,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **No. 03-2783C** |
| | ) | **(Judge Bush)** |
| **THE UNITED STATES,** | ) | |
| **Respondent.** | ) | |

**JOINT PRELIMINARY STATUS REPORT**

______Pursuant to Appendix A, Part III, of the Rules of the United States Court of Federal Claims ("RCFC"), the parties submit the following Joint Preliminary Status Report.

**1. Jurisdiction**

______Robert M. Modeer and Emily W. Modeer assert jurisdiction pursuant to the Tucker Act, 28 U.S.C. § 1491, and the Contract Disputes Act of 1978, 41 U.S.C. § 601 et seq.. At this time, the United States knows of no reason to question the Court's jurisdiction.

**2. Consolidation**

______This case should not be consolidated with any other case.

**3. Bifurcation**

______The parties agree that the trial of liability and damages should not be bifurcated.

**4. Deferral**

______The parties are not aware of any related cases currently pending in this or any other tribunal and, accordingly, the proceedings in this case should not be deferred pending consideration of any other case.

5. **Remand/Suspension**

______Neither party will seek to remand or suspend this case.

6. **Joinder of Additional Parties**

______At this time, neither party intends to join additional parties.

7. **Motions Pursuant to RCFC 12(b), 12(c) or 56**

______No motions pursuant to RCFC 12(b), 12(c) or 56 have been filed. At this time, the parties have not determined whether they will file any dispositive motions following the close of discovery.

8. **Relevant Issues**

Robert and Emily Modeer own property in Kansas City, Kansas, that they leased to the Government under Lease No. 06P-68579. During the term of the lease, the Environmental Protection Agency ("EPA") used some of the land for the storage of hazardous materials. The period of the lease ended on July 9, 2003. Both the Modeers and the Government agree that the rent pursuant to the lease was paid through June 30, 2003 and that the remaining 9 days of the lease went unpaid.

However, the lease required that cleanup would be completed prior to the termination of the lease. The EPA required several months to adequately cleanup the leased property. The State of Kansas did not certify that the property had been adequately cleaned until November 4, 2003. The Modeers claim that the Government owes them $330,628.75 as well as $4,021.69 for utilities costs. The Government asserts that the period of holdover tenancy ended on November 9, 2004, while the Modeers assert that it ended on November 30, 2004. In addition, the Government does not dispute that it consumed power during the period of holdover tenancy, but

it contends that the Modeers have not provided sufficient documentation to substantiate the utility costs.

**9. Settlement**

______Prior settlement attempts have not been successful. The parties will consider settling some or all of the claims as this litigation progresses.

**10. Trial**

______If this matter cannot be resolved through settlement, the parties anticipate that the case will proceed to trial if dispositive motions are not filed or, if filed, are not sustained. Neither party requests an expedited trial schedule.

**11. Electronic Case Management**

______There are no problems of which either party is aware with regard to the electronic filing of documents in this matter.

**12. Additional Issues**

______The parties are unaware of any additional information that the Court should be aware of at this time.

**13. Proposed Discovery Plan**

______Pursuant to RCFC Appendix A, ¶ 5, the parties propose the following discovery plan:

a. Initial Disclosures pursuant to RCFC 26(a)(1) shall be served on or before October 1, 2004.

b. The parties propose that, without leave of Court or written stipulation, a party may serve upon any other party up to 25 interrogatories, including all discrete subparts, pursuant to RCFC 33.

c. All fact discovery in this action shall be completed on or before February 1, 2005.

d. Expert witnesses shall be disclosed on or before February 15, 2005, expert reports pursuant to RCFC 26(a)(2)(B) shall be exchanged on or before March 15, 2005, and that expert discovery, including any depositions, shall be completed by May 1, 2005.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-7300
Attorneys for Defendant

REID F. HOLBROOK
757 Armstrong Avenue
P.O. Box 171927
Kansas City, KS 66117-0927

Attorney for Plaintiff

July 26, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2004, a copy of the foregoing JOINT PRELIMINARY STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt