**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ROBERT M. MODEER and**
**EMILY W MODEER,**

**Plaintiffs,**

**vs.** **Case No: 03-2783C**
**(Judge Bush)**

**UNITED STATES OF AMERICA,**

**Defendant.**

**CERTIFICATE OF SERVICE**

COMES NOW plaintiffs, Robert M. Modeer and Emily W. Modeer, by and through their counsel of record, Reid F. Holbrook, and hereby states that he has faxed and mailed Plaintiff's Rule 26(a)(1) Disclosures this 1st day of October, 2004, to Mr. James D. Colt, Trial Attorney, Commercial Litigation Branch, Civil Division, Department of Justice, 1100 L. Street, NW, ATTN: Classification Unit, 8th Floor, Washington, DC 20530.

HOLBROOK & OSBORN, P.A.

BY: /s/ Reid F. Holbrook
REID F. HOLBROOK MO#40380
LAWRENCE J. LOGBACK MO#46552
757 Armstrong Avenue, P O Box 171927
Kansas City, Kansas 66117-0927
(913) 342-2500
(913) 342-0603 (Fax)
ATTORNEYS FOR PLAINTIFFS