**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ROBERT M. MODEER and**
**EMILY W MODEER,**

**Plaintiffs,**

**vs.** **Case No: 03-2783C**
**(Judge Bush)**

**UNITED STATES OF AMERICA,**

**Defendant.**

**CERTIFICATE OF SERVICE**

COME NOW plaintiffs, Robert M. Modeer and Emily W. Modeer, by and through their counsel of record, Reid F. Holbrook, and hereby state they have mailed the original plus two copies of Plaintiff' Response to Defendant's First Set of Interrogatories, Request for Production of Documents and Requests for Admissions to Defendant this 24th day of February, 2005, to Mr. James D. Colt, Trial Attorney, Commercial Litigation Branch, Civil Division, Department of Justice, 1100 L. Street, NW, ATTN: Classification Unit, 8th Floor, Washington, DC 20530.

HOLBROOK & OSBORN, P.A.

BY: /s/ Reid F. Holbrook
REID F. HOLBROOK MO#40380
LAWRENCE J. LOGBACK MO#46552
757 Armstrong Avenue, P O Box 171927
Kansas City, Kansas 66117-0927
(913) 342-2500
(913) 342-0603 (Fax)
ATTORNEYS FOR PLAINTIFFS