IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RECEIVED
NOV 16 2004
HOLBROOK OSBORN, P.A.

| | | |
|---|---|---|
| ROBERT M. MODEER and<br>EMILY W. MODEER,<br><br>Petitioner,<br><br>v.<br><br>THE UNITED STATES,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-2783C<br>(Judge Bush) |

DEFENDANT'S RESPONSES TO
PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS

Pursuant to Rules 26 and 36 of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, serves its objections and responses to the Plaintiff's First Set Of Requests For Admissions To Defendant in the above-titled matter. The following response is based upon defendant's current knowledge, information, and belief after making reasonable inquiry. Defendant expressly reserves the right to modify or supplement its response as it discovers additional information relevant to these requests for admissions.

**REQUEST NO. 1**

Defendant leased property located at 25 Funston Road, Kansas City, Kansas, under Lease No. 06P-68579 from plaintiffs Robert M. Modeer and Emily W. Modeer for occupancy by the Environmental Protection Agency ("EPA").

**Response to Request No. 1**

Admitted.

EXHIBIT
Blumberg No. 5119
B

**REQUEST NO. 2**

The plaintiffs and defendant extended Lease No. 06P-68579 from time to time through the execution of supplemental lease agreements.

**Response to Request No. 2**

Admitted.

**REQUEST NO. 3**

The defendant entered into the supplemental lease agreement effective July 10, 2002, which is attached hereto as Exhibit A.

**Response to Request No. 3**

Admitted.

**REQUEST NO. 4**

During the term of Lease No. 06P-68579, the EPA used some of the leased premises for storage and testing of hazardous materials, and which if not properly handled and/or disposed of, could cause injury or death to persons and damage to property.

**Response to Request No. 4**

Defendant admits that it used a portion of the property for the storage of materials that required that the premises be cleaned subsequent to storage.

**REQUEST NO. 5**

Lease No. 06P-68579 required that removal of all hazardous materials would be completed prior to the termination of the lease.

**Response to Request No. 5**

Admitted.

**REQUEST NO. 6**

The EPA was required to submit to the Kansas Department of Health and Environment (KDHE) a plan of closure to remove or dispose of all hazardous materials from the leased property.

**Response to Request No. 6**

Defendant admits that the lease required "adequate clean-up", which it defined as compliance with a "closure plan" contained in the KDHE storage permit, and otherwise denies this request.

**REQUEST NO. 7**

Dale Bates, Director of the EPA Regional Laboratory, requested of plaintiff Robert Modeer, that power and water be left on after July 9, 2003.

**Response to Request No. 7**

Admitted.

**REQUEST NO. 8**

Attached hereto as Exhibit B is a true, correct and complete copy of an undated letter stamped as received by the Board of Waste Management on July 24, 2003 from Dale Bates of the EPA to Mustafa Karmel of KDHE requesting termination of the EPA's Hazardous Waste Storage Permit.

**Response to Request No. 8**

Admitted.

**REQUEST NO. 9**

The EPA failed to remove all hazardous materials (closure) from the leased property prior to the expiration of the lease on July 9, 2003.

**Response to Request No. 9**

Defendant admits that the EPA was required to stay past July 9, 2003, to complete cleanup of the property and otherwise denies this request.

**REQUEST NO. 10**

Attached hereto as Exhibit C are the electric bills for the leased premises for the period of May 23, 2003 to November 17, 2003.

**Response to Request No. 10**

Denies for lack of knowledge or information sufficient to form a belief as to its truth. Defendant was neither the generator nor the recipient of such documents. Plaintiff has failed to respond to several informal requests for the utility bills of the leased property. For these reasons, defendant cannot admit this request.

**REQUEST NO. 11**

The Kansas City Board of Public Utilities (BPU) billed plaintiffs the following amounts for the lease property during the holdover period. [Plaintiff's Request for Admission No. 11 had several listed amounts.]

**Response to Request No. 11**

Denies for lack of knowledge or information sufficient to form a belief as to its truth. Defendant has yet to receive copies of bills in response to several requests to plaintiff. For this reason, it lacks the knowledge to admit that the plaintiff was billed the asserted amounts for utilities.

**REQUEST NO. 12**

Robert Modeer paid Joe Nick, electrician $180 to turn off power and turn power back on at the leased property.

**Response to Request No. 12**

Denies for lack of knowledge or information sufficient to form a belief as to its truth. Defendant was not privy to dealings between plaintiffs and their employees. For this reason, it lacks the knowledge to admit that the plaintiff paid Mr. Nick the stated amount for any service.

**REQUEST NO. 13**

Attached hereto as Exhibit D is a true, correct and complete copy of a letter from Dale Bates dated 10/4/03 to Robert Modeer.

**Response to Request No. 13**

Admitted.

**REQUEST NO. 14**

Attached hereto as Exhibit E is an August 11, 2003 letter that the EPA was notified by the KDHe that the closure activities failed to follow proper protocols.

**Response to Request No. 14**

Admitted.

**REQUEST NO. 15**

S. Dennis Clemons was the contracting offcier for Lease GS 06P689579 between plaintiffs and Defendant.

**Response to Request No. 15**

Admitted.

**REQUEST NO. 16**

Exhibit F attached hereto is an August 7, 2003 letter from plaintiff Robert Modeer making a claim for unpaid rent addressed to S. Dennis Clemons.

**Response to Request No. 16**

Defendant objects that Mr. Modeer's letter does not state a claim for a sum certain as required by 48 C.F.R. § 52.233-1(c).

**REQUEST NO. 17**

S. Dennis Clemons has not issued a written decision on such claim.

**Response to Request No. 17**

Denies. Mr. Modeer's letter does not state a claim for a sum certain as required by 48 C.F.R. § 52.233-1(c). Accordingly, because no "claim" exists, no written "decision" is necessary.

**REQUEST NO. 18**

During the term of Lease No. GS 06P68579, rent was payable on the first of the month in arrears by the EPA.

**Response to Request No. 18**

Denies. The month under the lease did not begin on the first calendar day of the month, but, rather, began on the 10th day of the month.

**REQUEST NO. 19**

Attached hereto as Exhibit G is a true correct and complete copy of GSA form 3517, page 7 and 8, which is a portion of Lease No. GS 06P68579 and states that rent is due on the first of the month.

**Response to Request No. 19**

Admitted.

**REQUEST NO. 20**

The defendant paid its rent on the first business day of each month by electronic deposit to plaintiffs' account at First Bank of Missouri.

**Response to Request No. 20**

Admitted.

**REQUEST NO. 21**

Defendant's last seven lease payments were as follows:

| **Month** | **Date Paid** | **Amount Paid** |
|---|---|---|
| June | July 1, 2003 | $66,125.75 |
| May | June 2, 2003 | $66,125.75 |
| April | May 1, 2003 | $66,125.75 |
| March | April 1, 2003 | $66,125.75 |
| February | March 3, 2003 | $66,125.75 |
| January | February 3, 2003 | $66,125.75 |
| December | January 2, 2003 | $66,125.75 |

**Response to Request No. 21**

Admitted.

**REQUEST NO. 22**

The July 1, 2003 lease payment of $66,125.75 for the month of June was the last payment made by the Defendant to the plaintiffs under Lease No. GS06P68579.

**Response to Request No. 22**

Admitted.

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-7300

November 8, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2004, I faxed a copy of the foregoing DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS with subsequent delivery by first-class mail to the following:

Reid F. Holbrook
757 Armstrong Avenue
P.O. Box 171927
Kansas City, KS 66117-0927
(913) 342-0603 (fax)

Karlisha Bethea