4200 Northwest Claymont Drive
Kansas City, Missouri 64116

August 7, 2003

Dennis Clemons
Contracting Officer
Western Leasing Service
GSA
1500 East Bannister Road
Kansas City, Missouri 64131-3088

*Re: Lease GS 06P 68579*
***25 Funston Road***

Dear Mr. Clemons:

I have reviewed the materials you faxed to me on August 6, 2003, regarding your assertion that no rent accrues for the period July 1, 2003 through July 9, 2003. I disagree for the following reasons:

1. SLA #19 dated April 12, 1997 reads: "extend the current lease term from July 10, 1997 to and including July 9, 2002. . . ." This is the lease term which can be terminated after July 10, 2000, by giving 180 days notice. It has no application to the subsequent execution of SLA 21.

2. SLA 21 dated September 13, 2002 calls for a firm term "continuing through July 9, 2003, inclusive." SLA 21 specifically changes the term of SLA 19. 2003 correct,

3. There was never during our negotiations any mention or hint that GSA intended the SLA 21 language to be interpreted as a period less than July 9, 2002 at the election of GSA. As you well know, I would never have agreed to do so.

In reviewing the lease after your fax, I found that the lease dated March 13, 1987, in paragraph 18, provides that all clean up required by the State of Kansas will be done by the Government prior to termination of the lease, including extensions. As of today, clean up is not complete according to KDHE. Until such time as KDHE certifies that the Government has completed clean up, the Government is a holdover tenant with rent accruing at the pro rata rate of $793,509 per year until clean up is complete. I cannot sell or lease a hazardous materials site until clean up is certified to be complete.

Blumberg No. 5119
EXHIBIT
E

Pursuant to 31 U.S.C. §1801, interest is accruing on past-due amounts. Pursuant to 41 U.S.C. §601-613, I certify that the amount is claimed in good faith and that all supporting documents are in possession of the Government. Further, I certify that the above sum is what the Government is liable for.

Very truly yours,

Robert Modeer