**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ROBERT M. MODEER and**
**EMILY W MODEER,**

**Plaintiffs,**

**vs.** **Case No: 03-2783C**
**(Judge Bush)**

**UNITED STATES OF AMERICA,**

**Defendant.**

**PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACT**

**COME NOW** Plaintiffs Robert M. Modeer and Emily W. Modeer by and through their counsel, Reid F. Holbrook of Holbrook & Osborn, P.A., and submit to this Court pursuant to United States Court of Federal Claims Rule 56(h)(1) the Plaintiffs' Proposed Findings of Uncontroverted Fact.

**Statement of Uncontroverted Facts**

1. Defendant leased property located at 25 Funston Road, Kansas City, Kansas from Plaintiffs for occupancy by the Environmental Protection Agency (EPA). *See #1 to Defendant's Response to Plaintiff's First Requests for Admissions attached hereto and referenced herein as Exhibit A.*

2. During the term of the lease, the EPA used a portion of the leased premises for the testing and storage of hazardous materials. *See # 4 to Exhibit A. See also #1 to Defendant's Response to Plaintiff's First Set of Interrogatories attached hereto and referenced herein as Exhibit B.*

3. The lease required that all hazardous materials be removed from the leased premises

prior to termination. *See # 5 to Exhibit A. See # 3 to Exhibit B.*

4. Hazardous materials were not cleaned up prior to termination of the lease. *See # 9 to Exhibit A. See # 3 to Exhibit B.*

5. Hazardous materials were not cleaned up until November 4, 2003. *See # 4 to Exhibit B.*

6. Defendant contends that any holdover tenancy created would have ended on November 9, 2003. *See #6 and #7 to Exhibit B.*

7. The original lease was amended from time to time by the execution of supplemental lease agreements. *See # 2 to Exhibit A.*

8. The last supplemental lease agreement is dated July 10, 2002. *See # 3 to Exhibit A.*

9. The lease provided that rent, one month in arrears, was due on the first business day of the month. *See # 19 to Exhibit A.*

10. The last payment made by defendant to plaintiff was on July 1, 2003. *See #22 to Exhibit A.*

11. Defendant's last seven lease payments were made as follows:

| **Date Paid** | **Amount Paid** |
|---|---|
| July 1, 2003 | $66,125.75 |
| June 2, 2003 | $66,125.75 |
| May 1, 2003 | $66,125.75 |
| April 1, 2003 | $66,125.75 |
| March 3, 2003 | $66,125.75 |
| February 3, 2003 | $66,125.75 |
| January 2, 2003 | $66,125.75 |

*See # 21 to Exhibit A.*

12. Defendant paid its rent on the first business day of each month by electronic deposits

to Plaintiffs' account at First Bank of Missouri. *See # 20 to Exhibit A.*

13. Dale Bates, Director of the EPA Regional Laboratory, requested that Plaintiffs leave power and water on at the leased premises after July 9, 2003. *See # 7 to Exhibit A.*

14. The Kansas City Board of Public Utilities (BPU) billed plaintiffs the following amounts for the leased property during the holdover period:

| Service Provider | Date(s) of Service | Date Pd. by Plaintiffs | Charge |
|---|---|---|---|
| BPU | 5/23/03 - 6/26/03 | July 22, 2003 | $20.50 |
| BPU | 5/19/03 - 7/8/03 | July 22, 2003 | $357.34 |
| BPU | 7/17/03 - 8/18/03 | September 15, 2003 | $1,505.80 |
| BPU | 9/19/03-10/20/03 | November 5, 2003 | $2039.34 |
| BPU | 10/21/03-11/17/03 | December 4, 2003 | $456.05 |
| | | **Total** | **$4,379.03** |

*See # 10 and 11 to Exhibit A; See also Affidavit of Robert Modeer attached hereto as Exhibit C.*

**WHEREFORE,** Plaintiffs respectfully request the Court to adopt their Proposed Findings of Uncontroverted Fact as the undisputed material facts upon which to grant Plaintiffs' Motion for Summary Judgment..

**HOLBROOK & OSBORN, P.A.**

BY: /s/ Reid F. Holbrook

REID F. HOLBROOK MO#40380
LAWRENCE J. LOGBACK MO#46552
7400 West 110th Street
Overland Park, KS 66210
(913) 342-2500
(913) 342-0603 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that the original and one copy of the above and foregoing has been mailed, postage prepaid, this 2nd day of March, 2005, to Mr. James D. Colt, Trial Attorney, Commercial Litigation Branch, Civil Division, Department of Justice, 1100 L Street, NW, ATTN: Classification Unit, 8th Floor, Washington, DC 20530.

By: /s/ Reid F. Holbrook
REID F. HOLBROOK