**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ROBERT M. MODEER and**
**EMILY W MODEER,**

**Plaintiffs,**

**vs.**

**Case No: 03-2783C**
**(Judge Bush)**

**UNITED STATES OF AMERICA,**

**Defendant.**

**AFFIDAVIT OF ROBERT MODEER**

ROBERT MODEER, of lawful age, upon oath, duly swears and states as follows:

1. That I am the lessor of 25 Funston Road, Kansas City, Kansas.

2. That from the period of July 10, 2003 to November 4, 2004, I was requested to leave on the water and electricity on the premises of 25 Funston Road, Kansas City, Kansas by Dale Bates of the Environmental Protection Agency.

3. That the utility bills provided to the Defendant as Exhibit C to Request for Admissions represent the costs that I incurred for leaving on the utilities on this property.

[signature]
ROBERT MODEER

**STATE OF** Kansas , )
) **SS:**
**COUNTY OF** Johnson , )

BE IT REMEMBERED, that on this 3rd day of February, 2005, before me, a Notary Public in and for said County and State, came ROBERT MODEER, who is personally known to me to be the same person who executed the foregoing instrument of writing, and such person duly acknowledged the execution of the same.

NATALIE S. PRENTISS
Notary Public
State of Kansas
My Appt. Exp. 5-23-06

(SEAL)

[signature]
Notary Public

EXHIBIT
C