IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT M. MODEER and<br>EMILY W. MODEER,<br><br>Petitioner,<br><br>v.<br><br>THE UNITED STATES,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-2783C<br><br>(Judge Bush) |

DEFENDANT'S RESPONSE TO
PLAINTIFF'S PROPOSED FINDINGS OF UNCONTROVERTED FACTS

Pursuant to Rule 56(h)(2) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully submits this response to the Proposed Findings of Uncontroverted Fact filed by plaintiff, Robert and Emily Modeer, on March 2, 2005.

1. No objection.

2. Defendant admits that it stored materials on the property that required cleanup after occupation of the property.

3. No objection.

4. In the response to Interrogatory No. 3 that plaintiff cites, we noted that the EPA was required to stay on the property past July 9, 2003, and that more than removal of materials was involved in the cleanup of the property.

5. The cleanup of the property was not completed prior to November 4, 2003.

6. No objection.

7. No objection. Defendant further notes that the amendments never altered the fact that the lease ended on the ninth calendar day of the month.

8. No objection.

9. No objection.

10. No objection. Defendant notes that rent was paid through July 1, 2003.

11. No objection.

12. No objection.

13. No objection.

14. Defendant does not have reason to doubt that the bills proffered by the plaintiff are genuine. We note that a notation on page 6 of the bills provided note that the $357.34 was a payment for an account deposit. Def.'s Proposed Findings of Uncontroverted Fact ¶ 14. We further note that the Modeers did not provide us with copies of bills purporting to substantiate their alleged utility costs until April 2004.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-7300

April 4, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2005, a copy of the foregoing DEFENDANT'S RESPONSE TO PLAINTIFF'S PROPOSED FINDINGS OF UNCONTROVERTED FACTS was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt