IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT M. MODEER and<br>EMILY W. MODEER,<br><br>Petitioner,<br><br>v.<br><br>THE UNITED STATES,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-2783C<br><br>(Judge Bush) |

DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACTS

Pursuant to Rule 56(d)(1) of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully submits the following Proposed Findings of Uncontroverted Fact in support of its motion for partial summary judgment.

1. In 1987, the General Services Administration ("GSA") leased property from Robert and Emily Modeer that is located at 25 Funston Road in Kansas City, Kansas ("the property") on behalf of the Environmental Protection Agency ("EPA"). Pl.'s Compl. ¶ 2; Pl.'s Br. Ex. A at No. 1.

2. The lease was extended and modified several times, with the last written extension running from July 10, 2002, until July 9, 2003. Attach. C.

3. There was never any lease agreement that altered the lease to end on any day other than the ninth calendar day of the month. Attach. B, Pl.'s Resp. to Def.'s Request for Admission No. 1.

4. Rent was paid up to July 1, 2003. Pl.'s Compl. ¶ 7.

5. On August 7, 2003, Mr. Modeer sent the contracting officer, Dennis Clemons, a letter claiming that the Government owed rent for July 1, 2003 through July 9, 2003, though not

specifying an amount. Attach. D.

6. The Modeers claim that their August 7, 2003, letter constituted their attempt to comply with the requirements of 41 U.S.C. § 605(a). Pl.'s Compl. ¶¶ 7-13; Pl's Br. at 6.

7. However, the EPA stored materials at the property that required cleanup and remediation after the EPA ceased use of the property. Pl.'s Ex. A at 4.

8. During this holdover period, the EPA asked that utilities remain connected to allow the cleanup. Pl.'s Ex. A at 3.

9. The plaintiffs and the government agree that satisfactory cleanup was completed by November 4, 2003. Pl.'s Compl. at 6; Pl.'s Ex. B at 7.

10. Prior to April 2004, the Modeers never provided the Government with bills purporting to substantiate their alleged utility costs. Attach. B at 1-2.

11. The purported bills total $ 4,021.69, with an additional $357.34 which a notation identifies as a deposit to establish the utility service account. Attach. A at 1-8, specifically at 6.

12. In a Complaint dated November 26, 2003, the Modeers brought suit in this Court for $330,628.75 in rent through November 30, 2003, as well as $ 4,021.69 in utilities. Pl.'s Compl. at pg. 3.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-7300

April 4, 2005

Attorneys for Defendant

Attachment A

Attachment B

Attachment C

Attachment D

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2005, a copy of the foregoing DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACTS was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt