Attachment A

070703 151352 1

Kansas City Board of Public Utilities
540 MINNESOTA AVENUE, KANSAS CITY, KANSAS

FOR BILLING INQUIRIES CALL : (913) 573-9190

ACCOUNT NUMBER: 2010866 CUSTOMER NAME: ROBERT M MODEER SERVICE FROM: 01/22/03

BILLING DATE: 07/07/03 SERVICE LOCATION: 25 FUNSTON RD SERVICE TO: 07/07/03

| DATE | CODE | TRANSACTION DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| 06/26/03 | PREV | Previous Balance | | 20.50 |
| 07/07/03 | UTIL | Total B.P.U. Utility Bill | $0.00 | |
| 07/07/03 | CURR | Total Current Bill | | $0.00 |
| | | Ending Account Balance | | $20.50 |

DETAIL METER AND/OR SERVICE INFORMATION

| TRAN CODE | SERV TYPE | METER NUMBER OR SERVICE DESCRIPTION | PREVIOUS READ | PRESENT READ | READ TYPE | METER CONSTANT | CURRENT DAYS | CURRENT USAGE | USAGE TYPE | CURRENT AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|

IMPORTANT MESSAGES

Save time, save money .... Make life easier. Sign up for the Automatic Bank Draft Payment Plan. Call 573-9095 for information.

For question pertaining to your Sewer and/or Trash Fees, please call City Hall at 573-5400.

We appreciate the way you consistently pay your account.

Please make contributions to the Add-a-Dollar program by mailing a separate check to Add-a-Dollar, P.O. Box 17-1042, Kansas City, KS 66117

Make checks payable to Kansas City Board of Public Utilities
DETACH AND RETURN BOTTOM PORTION OF THIS BILL WITH YOUR PAYMENT.PLEASE DO NOT MAIL CASH

Kansas City Board of Public Utilities.540 Minnesota Avenue.Kansas City, Kansas 66101

DUE DATE: July 28, 2003

ACCOUNT NUMBER: 0000002010866 8

SERVICE LOCATION: 25 FUNSTON RD

AMOUNT DUE NOW: $20.50

BILLING DATE: July 07, 2003

AFTER DUE DATE: $20.50

☐ CHECK IF REVERSE SIDE ADDRESS CHANGE/COMMENTS

WRITE TOTAL AMOUNT PAID $

ROBERT M MODEER
4200 NW CLAYMONT DR
KANSAS CITY MO 64116-1626

:641161626007:

Be sure address displays in return window
Kansas City Kansas
Board of Public Utilities
P.O. Box 219661
Kansas City, MO 64121-9661
:641219661617:

0000002010866 8 0000002050 0000002050 0

070803 154712 1

Kansas City Board of Public Utilities

**540 MINNESOTA AVENUE, KANSAS CITY, KANSAS**

FOR BILLING INQUIRIES CALL : (913) 573-9190

ACCOUNT NUMBER: 2010866 CUSTOMER NAME: ROBERT M MODEER SERVICE FROM: 05/19/03

BILLING DATE: 07/08/03 SERVICE LOCATION: 25 FUNSTON RD SERVICE TO: 07/08/03

| DATE | CODE | TRANSACTION DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| 07/07/03 | PREV | Previous Balance | | 20.50 |
| 07/08/03 | DEPOS | Deposits | | $250.00 |
| 07/08/03 | FEES | Electric Customer Connect Charge | $75.00 | |
| 07/08/03 | PLOT | Payment in lieu of taxes | $5.93 | |
| 07/08/03 | STAX | Sales Tax | $5.91 | |
| 07/08/03 | UTIL | Total B.P.U. Utility Bill | $86.84 | |
| 07/08/03 | CURR | Total Current Bill | | $86.84 |
| | | Ending Account Balance | | $357.34 |

DETAIL METER AND/OR SERVICE INFORMATION

| TRAN CODE | SERV TYPE | METER NUMBER OR SERVICE DESCRIPTION | PREVIOUS READ | PRESENT READ | READ TYPE | METER CONSTANT | CURRENT DAYS | CURRENT USAGE | USAGE TYPE | CURRENT AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|

| IMPORTANT MESSAGES |
|---|
| Save time, save money .... Make life easier. Sign up for the Automatic Bank Draft Payment Plan. Call 573-9095 for information. |
| For question pertaining to your Sewer and/or Trash Fees, please call City Hall at 573-5400. |
| We appreciate the way you consistently pay your account. |
| Please make contributions to the Add-a-Dollar program by mailing a separate check to Add-a-Dollar, P.O. Box 17-1042, Kansas City, KS 66117 |

2

7-22-03
#5691

Make checks payable to Kansas City Board of Public Utilities
DETACH AND RETURN BOTTOM PORTION OF THIS BILL WITH YOUR PAYMENT.PLEASE DO NOT MAIL CASH

**Kansas City Board of Public Utilities**
540 MINNESOTA AVENUE • KANSAS CITY, KANSAS 66101-2930

082703 183006 741

FOR BILLING INQUIRIES CALL: (913) 573-9190

ACCOUNT NUMBER: 2010866 CUSTOMER NAME: ROBERT M MODEER SERVICE FROM: 07/17/03

BILLING DATE: 08/27/03 SERVICE LOCATION: Multiple SERVICE TO: 08/18/03

| Previous Balance | Payments | Adjustments | Penalties | Current Charges | Previous EPP Status | Amount Owing |
|---|---|---|---|---|---|---|
| 494.27 | 0.00 | -6.78 | 0.00 | 1,018.31 | | 1,505.80 |

**Visit us on the web at: www.kcbpu.com**

| | | |
|---|---|---|
| Electric Charges | $664.74 | |
| Water Charges | $59.91 | |
| Water NM Charges | $85.11 | |
| Kansas Water Plan Tax | $0.29 | |
| Rate Stabilization Fee | $47.20 | |
| Payment in lieu of taxes | $67.70 | |
| Sales Tax | $67.54 | |
| **Total B.P.U. Utility Bill** | | **$992.49** |
| Total City of KCK Bill | | $25.82 |
| **Ending Account Balance** | | **$1,018.31** |

We appreciate your business. See following page(s) for breakdown of bill.

## MESSAGES:

- For question pertaining to your Sewer and/or Trash Fees, please call City Hall at 573-5400.
- Please make contributions to the Add-a-Dollar program by mailing a separate check to Add-a-Dollar, P.O. Box 17-1042, Kansas City, KS 66117
- PLEASE NOTE: Payment due date has been extended from 21 to 25 days.

Make checks payable to Kansas City Board of Public Utilities
DETACH AND RETURN BOTTOM PORTION OF THIS BILL WITH YOUR PAYMENT. PLEASE DO NOT MAIL CASH

102803 183001 861

## Kansas City Board of Public Utilities

540 MINNESOTA AVENUE • KANSAS CITY, KANSAS 66101-2930

FOR BILLING INQUIRIES CALL: (913) 573-9190

ACCOUNT NUMBER: 2010866 CUSTOMER NAME: ROBERT M MODEER SERVICE FROM: 09/19/03

BILLING DATE: 10/28/03 SERVICE LOCATION: Multiple SERVICE TO: 10/20/03

| Previous Balance | Payments | Adjustments | Penalties | Current Charges | Previous EPP Status | Amount Owing |
|---|---|---|---|---|---|---|
| 1,025.23 | 0.00 | 0.00 | 51.26 | 962.85 | | 2,039.34 |

**Visit us on the web at: www.kcbpu.com**

| | | |
|---|---|---|
| Electric Charges | $617.48 | |
| Water Charges | $59.91 | |
| Water NM Charges | $85.11 | |
| Kansas Water Plan Tax | $0.34 | |
| Rate Stabilization Fee | $43.84 | |
| Payment in lieu of taxes | $63.69 | |
| Sales Tax | $63.52 | |
| **Total B.P.U. Utility Bill** | | **$933.89** |
| Total City of KCK Bill | | $28.96 |
| **Ending Account Balance** | | **$962.85** |

We appreciate your business. See following page(s) for breakdown of bill.

## MESSAGES:

- For question pertaining to your Sewer and/or Trash Fees, please call City Hall at 573-5400.
- Please make contributions to the Add-a-Dollar program by mailing a separate check to Add-a-Dollar, P.O. Box 17-1042, Kansas City, KS 66117

4

Make checks payable to Kansas City Board of Public Utilities

DETACH AND RETURN BOTTOM PORTION OF THIS BILL WITH YOUR PAYMENT. PLEASE DO NOT MAIL CASH

Kansas City Board of Public Utilities 111903 183001 201
540 MINNESOTA AVENUE • KANSAS CITY, KANSAS 66101-2930

FOR BILLING INQUIRIES CALL: (913) 573-9190

*** Continuation of previous page ***

ACCOUNT NUMBER: 2010866 CUSTOMER NAME: ROBERT M MODEER SERVICE FROM: 10/21/03
BILLING DATE: 11/19/03 SERVICE LOCATION: 25 FUNSTON RD SERVICE TO: 11/17/03

| DATE | CODE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|---|
| 11/17/03 | ELEC | Electric Charges | $477.61 |
| 11/17/03 | RSF | Rate Stabilization Fee | $33.91 |
| 11/17/03 | PLOT | Payment in lieu of taxes | $40.41 |
| 11/17/03 | STAX | Sales Tax | $40.29 |
| | | Total Location Charges | $592.22 |

DETAIL METER AND/OR SERVICE INFORMATION

| TRAN CODE | SERV TYPE | METER NUMBER OR SERVICE DESCRIPTION | PREVIOUS READ | PRESENT READ | READ TYPE | METER CONSTANT | DAYS | CURRENT USAGE | USAGE TYPE | CURRENT AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ELEC | 222K | 13720410 | 26965 | 27023 | FIN | 80 | 28 | 4640 | KWH | 286.50 |
| ELEC | 222K | 13720410-Demand Charge | 0.051 | 0.524 | FIN | 80 | 28 | 12 | KW | 67.27 |
| ELEC | 222K | 13720410-Facilities Charge | | | | | | 42 | KW | 94.32 |
| ELEC | 222K | 54.17% Power Factor | 82110 | 82200 | FIN | 80 | 28 | 4880 | KVRH | 29.52 |
| ELEC | 222K | 13720410 | 0 | 0.185 | FIN | 80 | 28 | 15 | KVAR | |

Make checks payable to Kansas City Board of Public Utilities
DETACH AND RETURN BOTTOM PORTION OF THIS BILL WITH YOUR PAYMENT. PLEASE DO NOT MAIL CASH

Kansas City Board of Public Utilities • 540 Minnesota Avenue • Kansas City, Kansas 66101-2930

ACCOUNT NUMBER: 0000002010866 8

DUE DATE: November 24, 2003

SERVICE LOCATION: Multiple

AMOUNT DUE NOW: $456.05

BILLING DATE: November 19, 2003

AMOUNT DUE NOW: * FINAL * * BILL *

☐ CHECK IF REVERSE SIDE ADDRESS, PHONE CHANGE/COMMENTS

WRITE TOTAL AMOUNT PAID $ .

ROBERT M MODEER
4200 NW CLAYMONT DR
KANSAS CITY MO 64116-1626

Be sure address displays in return window
Kansas City Kansas
Board of Public Utilities
P.O. Box 219661
Kansas City, MO 64121-9661

0000002010866 8 0000045605 0000000000 4

5

**E.P.A. BUILDING ACCOUNT** 5691

BPU 7/22/03

357.34 deposit for our acct

20.50 monthly

$377.84

2010866

**E.P.A. BUILDING ACCOUNT** 5691

PAYMENT RECORD

167460 (9/01)

6

E.P.A. BUILDING ACCOUNT 5698

9-15-03

BDY
15 05.80

E.P.A. BUILDING ACCOUNT 5698

PAYMENT
RECORD

167460 (9/01)

E.P.A. BUILDING ACCOUNT 5707

12-4-03
B.P4
$ 456.05
final

E.P.A. BUILDING ACCOUNT 5707

PAYMENT RECORD

167460 (9/01)

Attachment B

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT T. MODEER and EMILY W. MODEER** | ) | |
| **Petitioner,** | ) | **No. 03-2783C** |
| **v.** | ) | **(Judge Bush)** |
| **THE UNITED STATES,** | ) | |
| **Respondent** | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS**

COME NOW the plaintiffs, Robert T. Modeer and Emily W. Modeer, by and through their counsel, Reid F. Holbrook of Holbrook & Osborn, P.A. and pursuant to Rules 26, 33, 34 and 36 of the Rules of the United States Court of Federal Claims submit their responses to the requests for interrogatories, requests for production of documents and admissions propounded by defendant.

**INTERROGATORY NO. 1:** If you have refused to admit the truth of Request for Admission Number 1, please state the date upon which GSA explicitly contracted for its lease to end.

ANSWER: Plaintiffs admit Request for Admission Number 1.

**INTERROGATORY NO. 2**: If you have refused to admit the truth of Requests for Admission Numbers 2, 3 or 4, please state the date on which you provided to the Government copies of the utility bills with an accompanying representation that such bills represented the utility costs incurred during the period of holdover tenancy on the property.

ANSWER: Plaintiffs furnished a copy of the utility bills and a representation that such bills were incurred during the holdover period to Richard Hughes, Counsel for Defendant, on April 8, 2004. *See Exhibit 1 attached hereto.*

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 1**: All documents in your possession which plaintiffs believe constitute, either collectively or individually, a lease agreement for the property for a period ending other than on the ninth calendar day of the month.

ANSWER: No such documents exist to plaintiffs' knowledge.

**REQUEST FOR ADMISSION NO.** 1: Both the initial lease and the Supplemental Lease Agreement between the parties that preceded the period of holdover tenancy ended on the ninth day of the calendar month.

ANSWER: Admit 1.

**REQUEST FOR ADMISSION NO. 2**: Prior to your service of Exhibit C of Plaintiffs' First Set of Requests for Admissions to Defendant, the Government had made several requests for copies of utility bills showing costs plaintiffs allegedly incurred during the period of holdover tenancy on the property.

ANSWER: Denied.

**REQUEST FOR ADMISSION NO. 3**: Prior to your service of Exhibit C of Plaintiffs' First Set of Requests for Admissions to Defendant, you did not provide copies of any document from the Kansas Board of Public Utilities showing any utility costs.

ANSWER: Denied

**REQUEST FOR ADMISSION NO.** 4: Prior to your November 20, 2004 letter, you did not represent to the Government that the documents you had provided in Exhibit C of Plaintiffs' First Set of Requests for Admission to Defendant were utility bills representing the costs you allegedly incurred during the period of holdover tenancy on the Property.

ANSWER: Denied

# VERIFICATION

STATE OF KANSAS )
) ss:
COUNTY OF )

I, Robert ~~T~~ M. Modeer, of lawful age, being first duly sworn on my oath, state:

That I am Robert ~~T~~ M. Modeer in the above-captioned action and the person to whom the above Interrogatories, Requests for Production of Documents and Admissions were propounded; that I have made answers to said Interrogatories, Requests for Production of Documents and Admissions and the above answers are true and correct to the best of my knowledge and belief.

[signature]
ROBERT ~~T~~ M. MODEER

SUBSCRIBED AND SWORN TO before me this 11 day of February, 2005.

(SEAL)
BRIDGET BUETE
MY COMMISSION # DD 338330
EXPIRES: July 15, 2008
Bonded Thru Notary Public Underwriters

[signature: Bridget Buete]
NOTARY PUBLIC

My Appointment Expires: 7-15-08

HOLBROOK & OSBORN, P.A.

BY: ______________________ MO#40380 for

REID F. HOLBROOK MO#40380
7400 West 110th Street
Overland Park, KS 66210
(913) 342-2500
(913) 342-0603 (Fax)

CERTIFICATE OF SERVICE

I hereby certify that the original and one copy of the above and foregoing has been mailed, postage prepaid, this 22nd day of February, 2005, to Mr. James D. Colt, Trial Attorney, Commercial Litigation Branch, Civil Division, Department of Justice, 1100 L Street, NW, ATTN: Classification Unit, 8th Floor, Washington, DC 20530.

By ______________________
REID F. HOLBROOK

Attachment C

| SUPPLEMENTAL LEASE AGREEMENT | TO LEASE NO. GS-06P-68579 | PAGE 1 OF 1 |
|---|---|---|

ADDRESS OF PREMISES

25 Funston Road, Kansas City, KS 66115-1303

**THIS AGREEMENT**, made and entered into this day by and between ROBERT M. MODEER AND EMILY W. MODEER, HUSBAND AND WIFE

whose address is 4200 NW CLAYMOUNT DRIVE
KANSAS CITY, MO 64116

hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

**WHEREAS**, the parties hereto desire to amend the above lease.

**NOW THEREFORE**, these parties for the considerations hereinafter mentioned covenant and agree that the said Lease is amended, effective July 10, 2002, as follows:

1. The Lease term is hereby extended for 1 year, retroactive to July 10, 2002, and continuing through July 9, 2003, inclusive.

2. The Government agrees to pay the annual rent of $793,509.00 ($18.99 per rentable square foot) at the rate of $66,125.75 per month in arrears.

All other terms and conditions of the lease shall remain in force and effect.

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR
ROBERT M. MODEER AND EMILY W. MODEER, HUSBAND AND WIFE

BY Robert Modeer Emily Modeer (Signature) owner (Title)

IN PRESENCE OF

(Signature) 4200 NW Claymount Drive KC Mo 64116 (Address)

UNITED STATES OF AMERICA

BY [signature] (Signature) Contracting Officer, General Services Administration (Official Title)

GSA FORM 276 (REV. 7-67)

TOTAL P.04

Attachment D

4200 Northwest Claymont Drive
Kansas City, Missouri 64116

August 7, 2003

Dennis Clemons
Contracting Officer
Western Leasing Service
GSA
1500 East Bannister Road
Kansas City, Missouri 64131-3088

*Re: Lease GS 06P 68579*
*25 Funston Road*

Dear Mr. Clemons:

I have reviewed the materials you faxed to me on August 6, 2003, regarding your assertion that no rent accrues for the period July 1, 2003 through July 9, 2003. I disagree for the following reasons:

1. SLA #19 dated April 12, 1997 reads: "extend <u>the current lease term</u> from July 10, 1997 to and including July 9, 2002. . . ." This is the <u>lease term</u> which can be terminated after July 10, 2000, by giving 180 days notice. It has no application to the subsequent execution of SLA 21.

2. SLA 21 dated September 13, 2002 calls for a firm term "continuing through July 9, 2003, <u>inclusive</u>." SLA 21 specifically changes the term of SLA 19. 2003 Correct,

3. There was never during our negotiations any mention or hint that GSA intended the SLA 21 language to be interpreted as a period less than July 9, 2002 at the election of GSA. As you well know, I would never have agreed to do so.

In reviewing the lease after your fax, I found that the lease dated March 13, 1987, in paragraph 18, provides that all clean up required by the State of Kansas will be done by the Government prior to termination of the lease, including extensions. As of today, clean up is not complete according to KDHE. Until such time as KDHE certifies that the Government has completed clean up, the Government is a holdover tenant with rent accruing at the pro rata rate of $793,509 per year until clean up is complete. I cannot sell or lease a hazardous materials site until clean up is certified to be complete.

Pursuant to 31 U.S.C. §1801, interest is accruing on past-due amounts. Pursuant to 41 U.S.C. §601-613, I certify that the amount is claimed in good faith and that all supporting documents are in possession of the Government. Further, I certify that the above sum is what the Government is liable for.

Very truly yours,

Robert Modeer