IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT M. MODEER and<br>EMILY W. MODEER,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-2783C<br><br>(Judge Bush) |

JOINT NOTICE

______Pursuant to this Court's September 26, 2005, order, the parties hereby submit the following Joint Notice of the date of the receipt of the letter purporting to be Mr. Modeer's claim in the above-titled matter. Defendant notes that, in complying with this Court's order, it does not admit that Mr. Modeer's August 7, 2003, letter was a claim sufficient to satisfy the jurisdictional requirements of 41 U.S.C. § 605(a). Subject to this reservation, the parties notify the Court that Mr. Modeer's letter was stamped "received" on August 11, 2003, and all parties believe it to have been received upon that date.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Reid F. Holbrook
REID F. HOLBROOK
757 Armstrong Avenue
P.O. Box 171927
Kansas City, KS 66117-0927

Attorney for Plaintiff

October 7, 2005

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2005, a copy of the foregoing JOINT NOTICE was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt