# In the United States Court of Federal Claims

**No. 03-2783 C**

**ROBERT M. MODEER AND EMILY W. MODEER,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Published Opinion, filed September 26, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs recover of and from the United States the sum of $264,503.00, with interest running from August 11, 2003 to the date this judgment is paid, at the rate mandated by 41 U.S.C. §611. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

**October 7, 2005** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.