United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

November 9, 2005

Reid F. Holbrook, Esq.
7400 West 110th Street
Suite 600
Overland Park, KS 66210

In re: Robert M. Modeer and Emily W. Modeer v. United States,
No. 03-2783C

Dear Mr. Holbrook:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated October 12, 2005, in favor of plaintiffs in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures

cc: James D. Colt, Esq.
Department of Justice