ORIGINAL

#063909

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
NOV 15 2005
U.S. COURT OF FEDERAL CLAIMS

**ROBERT M. MODEER and**
**EMILY W MODEER,**

**Plaintiffs,**

**vs.**

**Case No: 03-2783C**
**(Judge Bush)**

**UNITED STATES OF AMERICA,**

**Defendant.**

**NOTICE OF APPEAL**

Notice is hereby given that all Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the from the final judgment entered in this action on September 26, 2005.

HOLBROOK & OSBORN, P.A.

BY: ______________________
Reid F. Holbrook, MO#40380
7400 West 110th Street
Overland Park, KS 66210
(913) 342-2500
(913) 342-0603 (Fax)

CERTIFICATE OF SERVICE

I hereby certify that the original and one copy of the above and foregoing has been mailed, postage prepaid, this 9th day of November, 2005, to Mr. James D. Colt, Trial Attorney, Commercial Litigation Branch, Civil Division, Department of Justice, 1100 L Street, NW, ATTN: Classification Unit, 8th Floor, Washington, DC 20530.

By: ______________________
REID F. HOLBROOK