# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORIGINAL

RECEIVED
NOV 22 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DOCKETING

O6-5019 - MODEER V US

**Date of docketing:** 11/21/05

**Appeal from:** United States Court of Federal Claims case no. 03-CV-2783

**Appellant(s):** ROBERT M. MODEER and EMILY W. MODEER

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (Due within 14 days of the date of docketing.) See the en banc order dated August 1, 2005. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
James D. Colt
Reid F. Holbrook

# 05 5019

## In the United States Court of Federal Claims
## Appeal Information Sheet

**Judge Lynn J. Bush**

**Type of Case**: 104 - Contract - Lease (CDA)

ROBERT M. MODEER and
EMILY W. MODEER,

*Plaintiff,*

vs.

THE UNITED STATES,
*Defendant,*

RECEIVED
2005 NOV 15 PM 4:21
US COURT OF APPEALS
FEDERAL CIRCUIT

---

**Cross or Related Appeal**: No.

**CFC Number**: 03-2783 C.

**Appeal Filed By**: Plaintiff.

**Date of Judgment**: October 7, 2005.

**Date of Appeal**: November 15, 2005.

**Fee**: $255.00.

<u>**See docket sheet for information of Plaintiff's Counsel and Defendant's Counsel**</u>.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

06-5019

ROBERT M. MODEER
and EMILY W. MODEER,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 03-CV-2783, Judge Lynn J. Bush.

Authorized Abbreviated Caption[2]

MODEER V US, 06-5019

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.